**Order entered July 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00510-CR

## EX PARTE LONNIE KOMAHCHEET

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX22-91158-Q**

## ORDER

We **DENY AS MOOT** appellant's July 11, 2022 motion to supplement the record. A supplemental clerk's record was filed on July 11, 2022 containing an appealable order denying relief on appellant's application for writ of habeas corpus and an order denying appellant's motion for reconsideration. The filing of an appealable order in the supplemental clerk's record resolves the jurisdictional question the Court raised in its July 5, 2022 letter.

We **EXTEND** the time to file appellant's brief until **July 29, 2022** and the time to file the State's brief until **August 19, 2022**.

/s/    LANA MYERS
        JUSTICE